1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHARY WALLACE; CLAYTON WALLACE; and LIZA WALLACE,<br><br>Plaintiffs,<br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; SHI INTERNATIONAL CORP.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 3:21-cv-03864-MMC<br><br>Action Filed: May 21, 2021<br><br>Trial Date: Not Set<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL<br><br>[Filed Concurrently With:<br>- Plaintiffs' Notice of Voluntary Dismissal] |



Based upon Plaintiffs' Notice of Voluntary Dismissal and for good cause shown, **IT IS HEREBY ORDERED** that this action is dismissed **with prejudice** in its entirety, pursuant to Federal Rule of Civil Procedure 41(a).  Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated: January 5, 2023

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Submitted By: /s/ Joseph S. Hoff

Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
Joseph S. Hoff (SBN 283856) *jh@mckennonlawgroup.com*
**McKENNON LAW GROUP PC**
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone:  949-387-9595  |  Fax:  949-385-5165
Attorneys for Plaintiffs Zachary Wallace, Clayton Wallace Liza Wallace